1

2  **FINEMAN KREKSTEIN & HARRIS, P.C.**
   Richard J. Perr, Esquire (PA Bar 72883)
3  Ten Penn Center
4  1801 Market Street, Suite 1100
   Philadelphia, PA  19103-1628
5  Tel: 215-893-9300
6  Fax: 215-893-8719
   rperr@finemanlawfirm.com
7  Attorneys for Defendant ARS National Services, Inc.

8

## IN THE UNITED STATES DISTRICT COURT
9  ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | EDNA WHITE,                          | Case No. 4:15-CV-02630-KAW
   |         Plaintiff                    )
12 |    v.                                ) STIPULATION AND
   |                                      ) ~~PROPOSED~~ ORDER
13 | ARS NATIONAL SERVICES, INC.,         )
14 |         Defendant                    )

15
       It is hereby STIPULATED AND AGREED, by and between counsel for
16
    plaintiff and counsel for defendant, with Court approval, that the telephonic Case
17
    Management Conference presently scheduled for 8:30 a.m., December 11, 2015,
18
    be rescheduled to 8:30 a.m., January 15, 2016.
19

20      KIMMEL & SILVERMAN, PC              FINEMAN KREKSTEIN &
                                            HARRIS, P.C.
21  By:  /S/ Amy L.B. Ginsburg         By:  /S/ Richard J. Perr
22       AMY L.B. GINSBURG, ESQ.            RICHARD J. PERR, ESQ.
         PA Bar 275805                      PA Bar 72883
23       30 East Butler Pike                Ten Penn Center
24       Ambler, PA  19002                  1801 Market Street, Suite 1100
         Tel: 215-540-8888                  Philadelphia, PA  19103-1628
25       Fax: 215-540-8817                  Tel: 215-893-9300
26       aginsburg@creditlaw.com            Fax: 215-893-8719
         Attorneys for Plaintiff            rperr@finemanlawfirm.com
27  Dated: _____           Attorneys for Defendant
28                                          Dated: _____

{01042410;v1}                       1
                      STIPULATION AND PROPOSED ORDER
*White v. ARS National Services*                         4:15-cv-02630-KAW

1
2  **BY THE COURT:**
3
4  12/8/2015
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA