IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA WHITE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil No. 3:15-cv-02630-CRB |
| | : |
| ARS NATIONAL SERVICES, INC., | : |
| | : |
| Defendant. | : |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Richard J. Perr* | */s/ Amy L. Bennecoff Ginsburg* |
| Richard J. Perr. Esq. | Amy L. Bennecoff Ginsburg. Esquire. |
| Fineman, Krekstein & Harris, P.C. | Kimmel & Silverman, P.C. |
| 10 Penn Center 1801 Market Street | 30 East Butler Pike |
| Suite 1100 | Ambler, PA 19002 |
| Philadelphia PA 19103 | Phone: (215) 540-8888 |
| Phone: (215) 893-9300 | Email: aginsburg@creditlaw.com |
| Email: rperr@finemanlawfirm.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: February 18, 2016 | Date: February 18, 2016 |

BY THE COURT:

Date: February 19, 2016

_____
J.